UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-21077-CIV-MARTINEZ-BECERRA**

IZABELLA ZELTSER,

    Plaintiff,

v.

HILTON RESORTS CORPORATION;
MANGROVE BEACH CORENDON CURACAO
ALL-INCLUSIVE RESORT, CURIO BY HILTON;
XYZ CORPORATION(S),

    Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** came before the Court *sua sponte*. Plaintiff served Defendant Hilton Resorts Corporation on June 15, 2023. (*See* ECF No. 5.) On July 21, 2023, this Court granted Defendant's Motion for Extension and ordered Defendant to respond to the complaint on or before August 4, 2023. (ECF No. 8.) Accordingly, the deadline for Defendants to answer or otherwise respond to the complaint was August 4, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("[T]he time for serving a responsive pleading is . . . within 21 days after being served with the summons and complaint[.]"). To date, Defendant has failed to answer or otherwise respond to the Complaint.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall file an Entry of Default against Defendant Hilton Resorts Corporation only.

2. Plaintiff shall immediately send a copy of this Order to each Defendant.

**DONE AND ORDERED** in Miami, Florida, this 10th day of August, 2023.

                                            _____
                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record